UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FETCO HOME DECOR, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * Civil Action No. 09-11925-JLT |
| | * |
| MALDEN INTERNATIONAL DESIGNS, INC., | * |
| | * |
| Defendant. | * |

ORDER

January 4, 2011

TAURO, J.

After a Final Pretrial Conference held on January 4, 2011, this court hereby orders that:

1. Plaintiff's <u>Motion for Leave to File Memorandum and Supporting Exhibits Under Seal</u> [#23] is ALLOWED.

2. Plaintiff's <u>Motion to Compel Defendant to Produce Knowledgeable Witnesses</u> [#24] is ALLOWED. Defendant shall designate by January 7, 2011 such witnesses as are necessary to fulfill Plaintiff's Rule 30(b)(6) requests on the questions of (a) the creation of the allegedly infringing packaging and (b) Defendant's sales figures (i.e., Plaintiff's damages). The depositions of such witnesses shall be taken by January 21, 2011.

3. Any dispositive motions shall be filed by March 1, 2011.

4. Any oppositions to dispositive motions shall be filed by March 31, 2011.

5. A Motion Hearing will be held on April 20, 2011 at 2:15 p.m.

6. A Trial date is to be determined but will follow shortly after the disposition of any dispositive motions.

7. No further discovery is permitted without leave of this court.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge